IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-02356-CMA-BNB

MONTPELIER US INSURANCE COMPANY, an Oklahoma corporation,

Plaintiff,

v.

PARK FOREST CARE CENTER, INC., a Colorado corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant Park Forest Care Center, Inc.'s Unopposed Motion to Extend Scheduling Order Deadlines** [Doc. # 31, filed 6/7/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion [Doc. # 31] is DENIED; and

(2)   The parties shall file a motion to administratively close the action pursuant to D.C.COLO.LCivR 41.2, if at all, on or before June 20, 2012.

Dated June 13, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge