**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02356-CMA-BNB

MONTPELIER US INSURANCE COMPANY, an Oklahoma corporation,

    Plaintiff,

v.

PARK FOREST CARE CENTER, INC., a Colorado corporation,

    Defendant.

---

**ORDER TO ADMINISTRATIVELY CLOSE CASE**

---

The Court, having reviewed the parties' Joint Motion for Administrative Closure of Case (Doc. # 37), and the case file, the Court hereby ORDERS that the motion is GRANTED, and this case shall be ADMINISTRATIVELY CLOSED. It is

FURTHER ORDERED that the parties shall have 30 days from the date of conclusion of any settlement discussions in the underlying state case to file a status report in this matter, requesting that this case be either dismissed or reopened for good cause, depending upon the outcome of said settlement discussions.

DATED:  June   20  , 2012

                                                BY THE COURT:

                                                *Christine M Arguello*
                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge